IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | No. 12 cv 8939 |
| | ) | |
| vs | ) | Judge Elaine E. Bucklo |
| | ) | |
| JOHN DOES 1 - 9 | ) | |
| | ) | |
| Defendants | ) | |

## MOTION TO VACATE COURT ORDER DATED JANUARY 18, 2013

Malibu Media, LLC, by its undersigned attorney, prays for the entry of an order vacating this Court's order dated January 18, 2013 dismissing this action and for an order re-instating this matter. In support of its motion Plaintiff states as follows:

1. This case was set for a status hearing on January 18, 2013 by order dated November 15, 2012.

2. Counsel for Plaintiff failed to put the status date on her calendar and did not appear on January 18, 2013.

3. Plaintiff has vigorously pursued this matter through issuing discovery to determine the identity of the defendants.

4. On January 17, 2013 one of the Doe defendants filed a motion to quash or modify the subpoena, docket entry 11.

5. Plaintiff's failure to attend the hearing on January 18, 2013 was due to an error in docketing and if this matter is permitted to proceed, Plaintiff will vigorously prosecutes its claims.

6. The defendants will not be prejudiced if this matter is reinstated.

WHEREFORE, Malibu Media, LLC prays for the entry of an order vacating this Court's order dated January 18, 2013, reinstating this case and for such further and additional relief as this Court deems right and just.

Dated: January 25, 2013

        Respectfully submitted,
        MALIBU MEDIA, LLC


        ____/s/Mary K. Schulz_____
        One of its attorneys

Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2013, I provided service to the person or persons listed above by the following means: CM/ECF

Signature: __/s/ Mary K. Schulz        Date: January 25, 2013

Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510