IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. <u>1:12-cv-08939</u> |
| | ) |
| v. | ) |
| | ) |
| JOHN DOES 1- 9, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE OF JOHN DOES 1, 2, 3, 4, 5, 6, 7, 8 and 9**</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendants, John Does 1, 2, 3, 4, 5, 6, 7, 8 and 9 ("Defendants") from this action <u>without prejudice</u>. Defendants were assigned the IP addresses 74.93.64.70, 24.13.171.146, 24.14.16.137, 67.167.240.90, 67.184.88.33, 76.16.203.238, 76.29.0.245, 98.206.17.57 and 98.215.12.173, respectively. Plaintiff received the names and identifying information of these Defendants in this case and is unable to coordinate service of process to properly serve these Defendants. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve each Doe Defendant if it deems necessary.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint, Amended Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 9, 2013

        Respectfully submitted,

        SCHULZ LAW, P.C.

By:    /s/ *Mary K. Schulz*
        Mary K. Schulz, Esq.
        1144 E. State Street, Suite A260
        Geneva, Il 60134
        Tel:  (224) 535-9510
        Fax:  (224) 535-9501
        Email:  schulzlaw@me.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By:    /s/ *Mary K. Schulz*